| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Earnest and Mattie Harris, §
§
       Plaintiff, §
§
versus §     Miscellaneous H-08-179
§
Fidelity National Information Services, Inc., §
§
       Defendant. §

## Order of Dismissal

The motion of Fidelity National Information Services, Inc., for leave to appeal is denied as moot.

Signed on April 25, 2008, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge